AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
|  | )        1:22-mj-150 |
| Robert Duane Wicke | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/6/21 to 3/21/22__ in the county of __Kent__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2422(b) | Coercion and enticement |
| 18 U.S.C § 2423(b) | Transportation with intent to engage in criminal sexual activity |
| 18 U.S.C § 2252A(a)(2) | Receipt and distribution of child pornography |

This criminal complaint is based on these facts:
See attached continuation

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

SA Meredith Sparano Stanger, FBI
*Printed name and title*

Date: 03/18/2022

*Judge's signature*

Hon. Sally J. Berens, U.S Magistrate Judge
*Printed name and title*

City and state:   Grand Rapids, Michigan