UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT DUANE WICKE,

    Defendant.

_____/

Case No. 1:22-cr-52

HON. JANE M. BECKERING

# ORDER

This matter is before the Court on the government's Motion for leave to file out of time (ECF No. 41) and Motion for Leave to File Restitution Request Under Restricted Access (ECF No. 42), seeking leave to file the restitution request (ECF No. 43) out of time and under restricted access. The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Motion for leave to file out of time (ECF No. 41) and the Motion for Leave to File Restitution Request Under Restricted Access (ECF No. 42) are GRANTED. The restitution request (ECF No. 43) is accepted as filed under restricted access, with access limited to only the Court, counsel of record for Defendant, and the United States Attorney.

Dated: September 7, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge