# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Robert Duane Wicke  **DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-cr-52 | 9/12/2022 | 1:36 PM - 3:01 PM | Grand Rapids | |

### APPEARANCES

Government: Daniel Y. Mekaru

Defendant: James Stevenson Fisher

Counsel Designation: FPD Appointment

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendere
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived ___)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: ___

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ___

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [✓] Other: Judgment

### CHANGE OF PLEA
Charging Document:
- [ ] Read
- [ ] Reading Waived

Guilty Plea to Count(s) ___ of the ___

Count(s) to be dismissed at sentencing: ___

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: Life/240 Months
Probation: ___
Supervised Release: 10 Years
Fine: $ Waived
Restitution: $Deferred
Special Assessment: $ 500.00

Plea Agreement Accepted: [✓] Yes [ ] No
Defendant informed of right to appeal: [✓] Yes [ ] No
Counsel informed of obligation to file appeal: [✓] Yes [ ] No

Conviction Information:
  Date: 5/31/2022
  By: Plea
  As to Count (s): Three through Seven

**ADDITIONAL INFORMATION:**
AVAA Assessment: $20,000.00

Counts One and Two of the Indictment are dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Melinda Dexter | **Case Manager:** R. Wolters |