UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:22-CR-52 |
| v. | Hon. JANE M. BECKERING |
| ROBERT DUANE WICKE, A/K/A "DOMFAMMAN," | U.S. District Judge |
| Defendant. | |
| _____/ | |

## MOTION FOR FINAL ORDER OF FORFEITURE

Plaintiff United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture for the reasons set forth below. A proposed order is submitted with this motion.

1. In the Forfeiture Allegation of the Indictment in this case, the United States, pursuant to 18 U.S.C. § 2253, sought forfeiture of certain property described as:

   1. Samsung, model SM-T290, tablet, and

   2. Samsung, model SM-A125U, cellular telephone

(hereinafter the "Subject Property").

2. Defendant Robert Duane Wicke entered a plea agreement with the United States and consented to the forfeiture of his interest in the Subject Property to the United States. Defendant pled guilty to Counts 4 through 7 of the Indictment on May 31, 2022.

3. By virtue of the plea agreement and Defendant's guilty pleas, this Court found that the United States established the requisite nexus between the Defendant's criminal activity and the Subject Property, and accordingly, entered a Preliminary Order of Forfeiture regarding the Subject Property on September 9, 2022. (R.47, PageID.401-402.)

4. In accordance with 21 U.S.C. § 853(n)(1), the United States published a notice of forfeiture online for thirty days at www.forfeiture.gov beginning September 13, 2022. (*See* Exhibit 1.)

5. Pursuant to 21 U.S.C. § 853(n), any person asserting a legal interest in the Subject Property may petition the Court for a hearing to adjudicate the validity of his/her alleged interest. All petitions regarding the Subject Property were due on or before November 12, 2022. 21 U.S.C. § 853(n)(2).

6. No petitions were filed in this case. Therefore, any third-party interests are barred by failure of those parties to file a timely petition. 21 U.S.C. § 853(n)(7).

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: December 13, 2022

/s/ Daniel T. McGraw
DANIEL T. McGRAW
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208

(616) 456-2404