UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:22-cr-52 |
| v. | |
| ROBERT DUANE WICKE, A/K/A "DOMFAMMAN," | Hon. JANE M. BECKERING U.S. District Judge |
| Defendant. _____/ | |

**FINAL ORDER OF FORFEITURE**

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

No third-party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

That the following assets:

1. Samsung, model SM-T290, tablet, and

2. Samsung, model SM-A125U, cellular telephone

(hereinafter the "Subject Property") are forfeited to the United States of America.

2. That pursuant to 21 U.S.C. § 853(n)(7), all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3. That the Subject Property shall be disposed of by the Federal Bureau of Investigation and/or the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: _____

                                                  JANE M. BECKERING
                                                  United States District Judge